WEIGAND, Appellant, v. BOARD OF SUP'RS OF ONEIDA COUNTY, Respondents. (Supreme Court, Appellate Division, Fourth Department. May 31, 1899.) Action by John A. Weigand against the board of supervisors of Oneida county. No opinion. Order affirmed, with costs.

In re WEST CANADA WATERWORKS CO. (Supreme Court, Appellate Division, Fourth Department. May 31, 1899.) In the matter of the application of the West Canada Waterworks Company for the appointment of commissioners to ascertain the compensation for the taking of the lands of Henry Hagadorn, Amelia Hagadorn, and Edward D. Matthews. No opinion. Order amending notice of motion affirmed, with $10 costs and disbursements. Order denying motion to dismiss the petition affirmed, with $10 costs and disbursements. All concur, except FOLLETT, J., not voting.

WHALEN v. GULDEN et al. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Action by Lizzie Whalen, as administratrix, against Charles Gulden and another. No opinion. Motion granted, with $10 costs.

WHALEN v. MEALY et al. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Action by Lizzie Whalen, as administratrix, against James Mealy and another. No opinion. Motion granted, with $10 costs.

WIGHTMAN v. PHELPS et al. (Supreme Court, Appellate Division, Third Department. May 9, 1899.) Action by Emma J. Wightman against William Phelps and others. No opinion. Motion to dismiss appeal denied, without costs.

WILSON, Respondent, v. EVELINE et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 3, 1899.) Action by Mordecai M. Wilson, Jr., against Mary S. Eveline and others. No opinion. Order affirmed, with $10 costs and disbursements.

WISSNER, Appellant, v. MOORE, Respondent. (Supreme Court, Appellate Division, Second Department. June 6, 1899.) Action by Otto Wissner against Gertrude R. Moore. No opinion. Judgment affirmed, with costs.

In re WOOD. (Supreme Court, Appellate Division, Second Department. May 8, 1899.) In the matter of the application of William P. Wood for an order revoking and canceling certificate of license, etc., issued to Phillip H. Victory. No opinion. Order affirmed, with $10 costs and disbursements.

YOUNG, Respondent, v. MORISON, Appellant. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Action by Clarence W. Young against A. P. Morison. E. M. Pavey, for appellant. G. W. Mabon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ZEECHES, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Henry Zeeches against Arthur Smith. No opinion. Judgment and order affirmed, with costs.

END OF CASES IN VOL. 58.